JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN CATHERINE ROZARIO, an Individual, | ) Case No.: 2:14-cv-09540 AB (APRx) ) ) JUDGMENT |
| v. | ) ) ) |
| KIM RICHARDS, EVOLUTION FILM & TAPE, INC., a California Corporation, and DOES 1 through 5, inclusive, | ) ) ) ) |

This action came on before this Court after Plaintiff filed an Application for Default Judgment on April 21, 2015. No opposition was filed in connection with Plaintiff's application. After considering the materials submitted and the case file, the Court hereby GRANTS Plaintiff's Application.

A judgment in favor of Plaintiff Ellen Catherine Rozario is hereby entered for general damages in the amount of $8,083.53.

Defendant is ORDERED to remit payment in the amount of $8,083.53 in general damages to Plaintiff.

SIGNED this 10th day of June, 2015.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE