UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN CATHERINE ROZARIO,<br><br>Plaintiff,<br><br>vs.<br><br>KIM RICHARDS; EVOLUTION FILM & TAPE, INC., a California Corporation, and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-09540 AB (JPRx)<br><br>[PROPOSED] JUDGMENT |

### JUDGMENT

Pursuant to the Order of this Court dated April 22, 2015, the Court hereby enters JUDGMENT in favor of defendant Evolution Film & Tape, Inc. ("Evolution") as follows: 1) the First Amended Complaint of plaintiff Ellen Catherine Rozario against defendant Evolution is dismissed with prejudice; 2) plaintiff is to take nothing against Evolution; and 3) Evolution is entitled to recover its costs.

DATED: June 30, 2015
_____

Hon. André Birotte Jr.
UNITED STATES DISTRICT COURT JUDGE