UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN CATHERINE ROZARIO, an Individual, | Case No.: 2:14-cv-09540 AB (JPRx) |
| v. | AMENDED JUDGMENT |
| KIM RICHARDS, an Individual. | |

This action came on before this Court after mandate by the United States Court of Appeals for the Ninth Circuit [Dkt. No. 82]. On remand, this Court was instructed to recalculate the amount of Plaintiff's emotional distress damages in light of the Ninth Circuit's ruling as well as the evidence in the record. The Court subsequently entered an Order Amending Default Judgment on August 24, 2017 [Dkt. No. 83].

The Court hereby AMENDS the default judgment pursuant to the mandate of the Ninth Circuit Court of Appeals. Plaintiff is AWARDED general damages in the amount of $59,083.53 and a judgment in favor of Plaintiff Ellen Catherine Rozario is hereby entered in the amount of $59,083.53.

It is hereby ORDERED that Defendant Kim Richards pay to Plaintiff Ellen Catherine Rozario a total of $59,083.53.

IT IS SO ORDERED.

SIGNED this 14th day of September, 2017.

_____
ANDRE BIROTTÉ JR.
UNITED STATES DISTRICT JUDGE